# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

LOUISE COOK, as Personal Representative
of the Estate of Daniel F. Tessier, and
JONATHAN TESSIER, a minor,

      Plaintiffs,

v.

RICK ROTH, as Sheriff of Monroe County,
Florida,

      Defendant.

_____/

**CASE NO. 02-10064-CIV-KING**



## ORDER DENYING UNTIMELY MOTION *IN LIMINE*

THIS CAUSE is before the Court upon Plaintiffs' Motion *in Limine* to Preclude any Reference to Decedent's Contributory Negligence filed on March 20, 2003.

On August 22, 2002, this Court entered an Order setting this matter for pre-trial conference on March 7, 2003. Pursuant to that Order, the deadline for discovery was set at sixty-five (65) days *prior* to pre-trial (on January 2, 2003) and the deadline for motion practice for sixty (60) days prior to pre-trial (on January 7, 2003). (Order Setting Pre-Trial at 1.) In that Order, the Court explicitly stated as follows:

> This order, establishing the deadlines for completion of motion practice, discovery, and filing of Pretrial Stipulation shall be strictly followed by counsel, notwithstanding any Local Rule of Court or private agreement between counsel, any filed (or unfiled) proposed Local Rule 16 scheduling deadlines or any other order of court by other Judges.

(Order Setting Pre-trial at 3.)

The Motion currently pending before this Court was filed on March 20, 2003, more than two months after the deadline for completion of motion practice. Thus, Plaintiff's Motion *in Limine* is



untimely.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Plaintiffs' Motion *in Limine* to Preclude any Reference to Decedent's Contributory Negligence be, and the same is hereby DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of March, 2003.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     Robert F. Salkowski, Esq.
        Himanshu M. Patel, Esq.
        ZARCO EINHORN & SALKOWSKI, P.A.
        Bank of America Tower, Ste. 2700
        100 S.E. 2nd Street
        Miami, Florida 33131

        Jeffrey Goodz, Esq.
        BUCHANAN INGERSOLL, P.C.
        Bank of America Tower, Ste. 2100
        100 S.E. 2nd Street
        Miami, Florida 33131

        Stephen J. Vaughan, Esq.
        SCHMELTZER, APTAKER & SHEPARD, P.C.
        2600 Virginia Avenue, N.W., Ste. 1000
        Washington, D.C. 20031