UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LOUISE COOK, as Personal Representative
of the Estate of Daniel F. Tessier, and
JONATHAN TESSIER, a minor,

  Plaintiffs,

v.

RICK ROTH, as Sheriff of Monroe County,
Florida, and MONROE COUNTY, FLORIDA

  Defendant.
_____/

CASE NO. 02-10064-CIV-KING



### ORDER DENYING DEFENDANT'S UNTIMELY MOTIONS *IN LIMINE*

THIS CAUSE is before the Court upon Defendant Rick Roth's Motion *in Limine* to Exclude Expert Witness Testimony and Motion *in Limine* to Preclude Reference to other Suicides both filed on March 24, 2003.

On August 22, 2002, this Court entered an Order setting this matter for pre-trial conference on March 7, 2003. Pursuant to that Order, the deadline for discovery was set at sixty-five (65) days *prior* to pre-trial (on January 2, 2003) and the deadline for motion practice for sixty (60) days prior to pre-trial (on January 7, 2003). (Order Setting Pre-Trial at 1.) In that Order, the Court explicitly stated as follows:

> This order, establishing the deadlines for completion of motion practice, discovery, and filing of Pretrial Stipulation shall be strictly followed by counsel, notwithstanding any Local Rule of Court or private agreement between counsel, any filed (or unfiled) proposed Local Rule 16 scheduling deadlines or any other order of court by other Judges.

(Order Setting Pre-trial at 3.)

The Motions currently pending before this Court were filed on March 24, 2003, more than

two months after the deadline for completion of motion practice. Thus, Defendant's Motions *in Limine* are untimely.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Defendant's Motion *in Limine* to Exclude Expert Witness Testimony be, and the same is hereby DENIED. It is further

ORDERED and ADJUDGED that Defendant's Motion *in Limine* to Preclude Reference to other Suicides be, and the same is hereby DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of March, 2003.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Bruce W. Jolly, Esq.
      PURDY, JOLLY & GUIFFREDA, P.A.
      1322 S.E. Third Avenue
      Ft. Lauderdale, Florida 33316

      Robert Ader, Esq.
      Bank of America Tower, Ste. 3550
      100 S.E. 2nd Street
      Miami, Florida 33131

2