

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LOUISE COOK, as Personal Representative
of the Estate of Daniel F. Tessier, and
JONATHAN TESSIER, a minor,

      Plaintiffs,

v.

CASE NO. 02-10064-CIV-KING

RICK ROTH, as Sheriff of Monroe County,
Florida,

      Defendant.

_____/

### ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Reconsideration filed June 6, 2003. On June 17, 2003, Defendant filed its Response.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Plaintiffs' Motion for Reconsideration be, and the same is hereby, DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of June, 2003.

                            JAMES LAWRENCE KING
                            U.S. DISTRICT JUDGE
                            SOUTHERN DISTRICT OF FLORIDA



2

cc: Bruce W. Jolly, Esq.
PURDY, JOLLY & GUIFFREDA, P.A.
1322 S.E. Third Avenue
Ft. Lauderdale, Florida 33316

Elizabeth B. Hitt, Esq.
LAW OFFICES OF ROBERT ADER, P.A.
Bank of America Tower, Ste. 3550
100 S.E. 2nd Street
Miami, Florida 33131