UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-10065-CIV-KING/O'SULLIVAN



LOUISE COOK, as Personal Representative
of the Estate of Daniel F. Tessier and
JONATHAN TESSIER, a minor,

        Plaintiff,

vs.

RICK ROTH, as Sheriff of Monroe County,
Florida, and MONROE COUNTY, FLORIDA,

        Defendants.
_____/

## ORDER

This cause, having come on for trial before jury, and the Defendant, Rick Roth, Sheriff of Monroe County, Florida having made his Motion for Judgment as a Matter of Law pursuant to Rule 50(a)(1) of the Federal Rules of Civil Procedure, after the Plaintiff, Louise Cook, Personal Representative of the Estate of Daniel F. Tessier, had been fully heard on all claims presented against the Defendant, and the Court having heard the evidence, having heard argument of counsel, and being otherwise fully advised in the premises, the Court makes the following findings:

## FINDINGS

1.    As to Count I, entitled Vicarious Liability for Negligence, there is no legally sufficient evidentiary basis for a reasonable jury to find for the Plaintiff, Louise Cook, Personal Representative of the Estate of Daniel F. Tessier, on those claims presented by her against the Defendant, Rick Roth, Sheriff of Monroe County, Florida.

1



2.	As to Count II, entitled Negligent Training, Supervision and Management, there is no legally sufficient evidentiary basis for a reasonable jury to find for the Plaintiff, Louise Cook, Personal Representative of the Estate of Daniel F. Tessier, on those claims presented by her against the Defendant, Rick Roth, Sheriff of Monroe County, Florida.

3.	As to Count III, entitled Violation of 42 U.S.C. Section 1983, there is no legally sufficient evidentiary basis for a reasonable jury to find for the Plaintiff, Louise Cook, Personal Representative of the Estate of Daniel F. Tessier, on those claims presented by her against the Defendant, Rick Roth, Sheriff of Monroe County, Florida.

**It is Ordered and Adjudged:**

That the Motion for Judgment as a Matter of Law filed on behalf of the Defendant, Rick Roth, Sheriff of Monroe County, Florida, pursuant to Rule 50(a)(1) of the Federal Rules of Civil Procedure is GRANTED.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this __20__ day of ____Aug____, 2003.

_____
HONORABLE JAMES J. KING
United States District Court Judge

Copies provided:
Bruce W. Jolly, Esquire
Robert Ader, Esquire

2